**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| BRAYAN LOUIS CONTRERAS BADEL,<br>Petitioner,<br>v.<br>DESERT VIEW ANNEX, et al.,<br>Respondents. | Case No. 5:26-cv-5028-FWS-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;
2. The Petition (ECF 1) is granted insofar as it seeks a bond hearing;
3. Respondents are enjoined from continuing to detain Petitioner Brayan Louis Contreras Badel (A# 240-721-336) unless he is provided with individualized bond hearings before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of

this Order, unless Petitioner or Petitioner's representative asks for more time;

4. The remainder of Petitioner's claim is denied without prejudice;

5. Respondent shall file a status report no later than fourteen days after any order granting this Petition, indicating whether compliance with the order was accomplished;

6. Judgment shall be entered consistent with this Order once such confirmation is received; and

7. The Court Clerk shall serve this order on all counsel or parties of record.

DATED: October 27, 2026

HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE