JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

BRAYAN LOUIS CONTRERAS BADEL,

Petitioner,

v.

DESERT VIEW ANNEX ADELANTO CA, et al.,

Respondents.

Case No. 5:26-cv-05028-FWS-BFM

**JUDGMENT RE ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [11]**

///

///

///

On October 27, 2026, the court issued an order granting the petition insofar as it sought a bond hearing and enjoined Respondents from continuing to detain Petitioner Brayan Louis Contreras Badel (A# 240-721-336) unless he was provided with individualized bond hearings before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the order, unless Petitioner or his representative asked for more time. (Dkt 11 (the "Order").)[1] Respondents report that Petitioner was provided with an individualized bond hearing on November 2, 2026, at which Petitioner withdrew his request for a bond hearing without prejudice to have additional time to obtain sponsor documents. (Dkt. 12 at 2.)

Accordingly, pursuant to the Order, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is GRANTED consistent with the contents of the Order. The Clerk of Court is directed to close this case.

Dated: November 6, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

[1] The Order is incorporated into this Judgment by this reference.